STETSON, Respondent, v. DICK, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George H. Stetson against Andrew E.

Dick. E. Norton, for appellant. E. Stephens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.